UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Phillip Michael Hook, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. 25-4188 |
| | ) | |
| Tim Rave, in his official capacity as | ) | |
| President of the South Dakota Board of | ) | |
| Regents, Sheila K. Gestring, in her official | ) | |
| capacity as President of the University | ) | |
| of South Dakota, and Bruce Kelley, in his | ) | |
| official capacity as Dean of the University | ) | |
| of South Dakota College of Fine Arts, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Complaint for Temporary Restraining Order,
Preliminary Injunction, and Permanent Injunction**

## Parties

1. Phillip Michael Hook is a tenured Professor of Art at the University of South Dakota, where he has taught since 2006. Declaration of Phillip Michael Hook Exhibit 1.

2. Tim Rave is the President of the South Dakota Board of Regents, and is sued in his official capacity.

3. Sheila K. Gestring is the President of the University of South Dakota, and is sued in her official capacity.

4. Bruce Kelley is the Dean of the College of Fine Arts at the University of South Dakota, and is sued in his official capacity.

## Jurisdiction

5. This action is brought pursuant to 42 U.S.C. § 1983. This Court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a)(3).

## Facts

6. On September 10, 2025, Professor Hook, while at home and off work, posted a message to his personal Facebook account. Declaration Exhibit 2.

7. About three hours later, while still at home and off work, he took the first message down, and posted a second message to his personal Facebook account. Declaration Exhibit 3.

8. The next day, South Dakota Speaker of the House Jon Hansen, who is a candidate for Governor in 2026, in his own words, "immediately reached out to USD President Sheila Gestring and called on the professor to be fired." Speaker Hansen added: "I understand that the professor is likely to be terminated from his position." Declaration Exhibit 4.

9. Acting with blinding speed, the South Dakota Board of Regents, according to its Director of Communications, Shuree Mortenson, "beg[a]n the process [of firing Professor Hook] by filing an intent to terminate [Professor] Hook." Ms. Mortenson told the media: "So that decision [to terminate] really came down to our Board of Regents." She said "We have a nine-member board and ultimately, they made that decision." Declaration Exhibit 5.

10. Governor Larry Rhoden posted to Facebook that when he read Professor Hook's (first) post: "I was shaking mad. The Board of Regents intends to FIRE this University of South Dakota professor, and I'm glad." Declaration Exhibit 6.

11. At noon on September 12, 2025, Dean Kelley gave Professor Hook notice of the Board's decision to terminate his contract, placed him on "administrative leave until such time as a final decision on this intent is rendered," and scheduled a "personal conference" on September 29 at 4:00 p.m. Declaration Exhibit 7.

12. On information and belief, USD President Sheila Gestring approved and helped implement the Board's decision to fire Professor Hook.

## Cause of Action— Unconstitutional Retaliation Against Core Political Speech

13. The First Amendment gives Professor Hook, like every other person in the United States, the right to freedom of speech.

14. Professor Hook's Facebook posts are core, classical, quintessential political speech.

15. The First Amendment protects Professor Hook from retaliation by the State based on his Facebook posts.

16. Dean Kelley's notice of intent to terminate Professor Hook, placing him on administrative leave, and requiring him to appear at a "personal conference" on

4

September 29, rely on South Dakota Board of Regents Policies 4.4.8 § 5.1, and 1.6.1 § C.1.3, which are quoted in the notice. Declaration Exhibit 7.

17.  Those Policies, as applied to Professor Hook based on his Facebook posts, are vague, overbroad, and unconstitutional, in violation of the First Amendment.

18.  Governor Rhoden ultimately controls how much money the University of South Dakota receives in its budget every year, and—with the South Dakota Board of Regents—controls whether President Gestring and Dean Kelley get to keep their jobs.

19.  As Speaker of the House and potential 2026 Governor, Hansen has substantial ability to reduce the amount of money the University of South Dakota receives in its budget every year, and whether President Gestring and Dean Kelley get to keep their jobs.

20.  Because the decision to terminate Professor Hook has already been made by the South Dakota Board of Regents, and approved by Governor Rhoden and Speaker Hansen, the personal conference scheduled for September 29 is a mere formality, and its outcome, as well as the outcome of any further university proceedings, is a foregone conclusion.

21. Depriving Professor Hook of his First Amendment rights for any period no matter how brief constitutes irreparable harm.

22. Defendants intend to deprive Professor Hook of his First Amendment rights by retaliating against him for exercising those rights in the Facebook posts described above.

23. At all times defendants acted under color of state law.

## Request for Relief

Professor Hook requests:

1. A temporary restraining order, a preliminary injunction, and a permanent injunction restraining defendants from retaliating against him in any way based on his Facebook posts; restraining defendants from continuing his administrative leave; and restraining defendants from holding a personal conference with him on September 29, 2025;

2. Attorney fees and costs pursuant to 42 U.S.C. § 1988; and

3. Such other and further relief as the Court deems just.

Dated: September 23, 2025      /s/ James D. Leach
                               James D. Leach
                               Attorney at Law
                               1617 Sheridan Lake Rd.
                               Rapid City, SD 57702

Tel: (605) 341-4400
jim@southdakotajustice.com
Attorney for Professor Hook

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Phillip Michael Hook

**DEFENDANTS**
Tim Rave, Sheila Gestring, and Bruce Kelley, all sued in their official capacities

**(b)** County of Residence of First Listed Plaintiff: Clay
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
James D. Leach/Attorney/1617 Sheridan Lake Rd/Rapid City, SD 57702/605 341 4400

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
Other:
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983
Brief description of cause:
Retaliation against public university professor based on exercise of First Amendment rights

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 9/22/25
SIGNATURE OF ATTORNEY OF RECORD: /s/ James D. Leach

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____