UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Phillip Michael Hook,<br><br>    Plaintiff,<br><br>v.<br><br>Tim Rave, in his official capacity as President of the South Dakota Board of Regents, Sheila K. Gestring, in her official capacity as President of the University of South Dakota, and Bruce Kelley, in his official capacity as Dean of the University of South Dakota College of Fine Arts,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civ. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Declaration of Phillip Michael Hook in Support of
<u>Motion for Temporary Restraining Order</u>**

I declare under penalty of perjury:

1.    I am a tenured Professor of Art at the University of South Dakota. My cirriculum vitae is attached as Exhibit 1. I have taught here since 2006.

2.    While at home and off work, in the late afternoon of September 10, 2025, I posted a message to my private Facebook account. Exhibit 2.

3. About three hours later, while still at home and off work, I posted a second message to my private Facebook account. Exhibit 3.

4. A Facebook post from "Jon Hansen for South Dakota Governor" issued September 12, and describing what he says he did on September 11, is attached as Exhibit 4.

5. A news story quoting Shuree Mortenson, Director of Communications for the South Dakota Board of Regents, is attached as Exhibit 5.

6. A Facebook post by Governor Larry Rhoden, issued September 12, is attached as Exhibit 6.

7. On September 12, 2025, at about noon, Dean Bruce Kelley handed me the document attached as Exhibit 7.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 21, 2025.

Phillip Michael Hook