

👍 Like     💬 Comment     ↪ Share

**Michael Hook**
1h · 🌐

Okay. I don't give a flying fuck about this Kirk person. Apparently he was a hate spreading Nazi. I wasn't paying close enough attention to the idiotic right fringe to even know who he was. I'm sorry for his family that he was a hate spreading Nazi and got killed. I'm sure they deserved better. Maybe good people could now enter their lives. But geez, where was all this concern when the politicians in Minnesota were shot?  And the school shootings? And Capital Police? I have no thoughts or prayers for this hate spreading Nazi. A shrug, maybe.

👍❤️ Bill Brunick + 31        15 comments



Exhibit 2