



**Michael Hook**
Just now ·

Apparently my frustration with the sudden onslaught of coverage concerning a guy shot today led to a post I mow regret posting. I'm sure many folks fully understood my premise but the simple fact that some were offended, led me to remove the post. I extend this public apology to those who were offended. Om Shanti.

👍 Like      💬 Comment      ↗ Share

Exhibit 3