

# UNIVERSITY OF SOUTH DAKOTA

DATE: September 12, 2025

TO: Phillip Michael Hook

FROM: Bruce Kelley, Dean, College of Fine Arts, University of South Dakota

RE: Intent of Disciplinary Action

Dear Michael,

The purpose of this letter is to notify you pursuant to SDBOR Policy 4.4.8 of my intent to terminate your contract as Professor with The University of South Dakota. The reason for this intended action is due to a violation of:

**SDBOR Policy 4.4.8 Section 5.1:**
*Neglect of duty, misconduct, incompetence, abuse of power or other actions that manifest an unfitness to discharge the trust reposed in public university faculty members or to perform assigned duties;*

And

**SDBOR Policy 1.6.1 Section C.1.3:**
*Faculty members are members of a learned profession. When they speak or write as private citizens on matters of public concern, they must be free from institutional censorship or discipline, but their special position in the community imposes special obligations. As learned people and as educators, they should remember that the public may judge their profession and their institution by their utterances. Hence, they should at all times be accurate, show respect for the opinions of others and make every effort to indicate when they are not speaking for the institution.*

The evidence to support this action includes a social media post from your personal account that we have attached as an addendum for reference.

Pursuant to BOR Policy 4.4.8 Section C.4.2.1, you have the right to a personal conference to discuss this matter and intended disciplinary action no sooner than fourteen (14) calendar days, nor later than twenty-one (21) days from the date of this letter, unless otherwise agreed upon by both parties. This personal conference will be held on September 29th at 4:00pm. The conference will be held in Slagle Hall room 104. Please let me know if this time or location does not work for you and what you would propose as an alternate time or location. Let me know if you would like to waive this right. You may have a representative present with you at the conference if you desire. You will be placed on administrative leave until such time as a final decision on this intent is rendered.

Sincerely,

*Bruce Kelley*
Bruce Kelley
Dean, College of Fine Arts

Exhibit 7

c: Human Resources
Board of Regents

**Michael Hook**
26m · 

Okay. I don't give a flying fuck about this Kirk person. Apparently he was a hate spreading Nazi. I wasn't paying close enough attention to the idiotic right fringe to even know who he was. I'm sorry for his family that he was a hate spreading Nazi and got killed. I'm sure they deserved better. Maybe good people could now enter their lives. But geez, where was all this concern when the politicians in Minnesota were shot? And the school shootings? And Capital Police? I have no thoughts or prayers for this hate spreading Nazi. A shrug, maybe.

👍❤️ 17    6 comments