# Spreading Violence and Hate: Donald Trump and Charlie Kirk, on the Record

a collection of direct quotations and news articles
prepared for James Leach, Attorney
by Cory Allen Heidelberger
September 20, 2025

*Contents:*

| | |
|---|---|
| Trump Incites Violence | 1 |
| Charlie Kirk Spews Hate | 8 |
| Trump Reacts to Attacks on Other Prominent Public Figures | 20 |

Exhibit 2

## Trump Incites Violence

**Trump urges audience in Cedar Rapids, Iowa, to attack troublemakers:**

> "There may be somebody with tomatoes in the audience. So if you see somebody getting ready to throw a tomato, knock the crap out of them, would you? Seriously. Okay? Just knock the hell— I promise you, I will pay for the legal fees. I promise, I promise. It won't be so much 'cause the courts agree with us too." [2016.02.01, https://www.mediaite.com/online/trump-tells-crowd-to-knock-the-crap-out-of-protesters-offers-to-pay-legal-fees/]

**Trump says he'd like to punch protestor in face:**

> Donald Trump wished grievous bodily harm on a protester at his rally here on Monday night, saying he'd like to punch the man in the face and see him carried out on a stretcher.

> "The guards are being very gentle with him," Trump said. "I'd like to punch him in the face, I'll tell you that."

> Trump said the protester had been "throwing punches." By the time a POLITICO reporter spotted the protester being led from the floor of South Point Arena by security personnel, the man was not throwing punches.

> According to multiple South Point security personnel, the man did not throw any punches. Trump "was just over-exaggerating," said one security guard, who asked that his name not be used.

> "We're not allowed to punch back any more," Trump lamented. The billionaire said he missed the "good old days," when the man would be treated differently.

> "You know what they used to do to a guy like that in a place like this?" Trump said. "They'd be carried out on a stretcher, folks. [2016.02.23, https://www.politico.com/story/2016/02/donald-trump-punch-protester-219655]

**Trump says shooting Hillary Clinton would stop horrible judge nominations:**

> "Hillary wants to abolish, essentially abolish, the Second Amendment. By the way, and if she gets to pick --if she gets to pick her judges, nothing you can do, folks. Although the Second Amendment people, maybe there is, I don't know. But I'll tell you what, that will be a horrible day, if -- if -- Hillary gets to put her judges in." [2016.08.09, https://www.politifact.com/article/2016/aug/09/context-donald-trumps-second-amendment-people-comm/]

**Trump supports torture:**

During the 2016 presidential campaign, Trump vowed to bring back the use of waterboarding and other enhanced interrogation techniques.

"Not since medieval times have people seen what's going on. I would bring back waterboarding, and I'd bring back a hell of a lot worse than waterboarding," Trump told Muir during the New Hampshire Republican primary debate, co-sponsored by ABC News, in February 2016. [2017.01.25, https://abcnews.go.com/Politics/president-trump-tells-abc-news-david-muir-absolutely/story?id=45045055]

**Trump approves physical violence toward reporter:**

President Donald Trump on Thursday praised Rep. Greg Gianforte's body slamming a reporter [guardian journalist Ben Jacobs] in 2017, saying that anyone who did such a thing was "my kind of guy."

"Never wrestle him, you understand that?" Trump said of the Montana Republican, eliciting loud cheers during a political rally in Missoula, Mont. "Any guy who can do a body slam is my kind of guy." [2018.10.18, https://www.politico.com/story/2018/10/18/trump-gianforte-body-slam-praise-915047]

**Trump urges shooting of looters:**

"These THUGS are dishonoring the memory of George Floyd, and I won't let that happen," he tweeted. "Just spoke to Governor Tim Walz and told him that the Military is with him all the way. Any difficulty and we will assume control but, when the looting starts, the shooting starts. Thank you!" [2020.05.29, https://www.cbsnews.com/news/trump-minneapolis-protesters-thugs-flagged-twitter/]

**Trump views police killing of suspect as just retribution:**

[on shooting of activist Michael Reinhoel]: "We sent in the U.S. Marshals for the killer, the man who killed the young man on the street. He shot him... just cold blooded killed him," Trump said. "Two and a half days went by, and I put out 'when are you going to go get him?' And the U.S. Marshals went in to get him, and they ended up in a gunfight. This guy was a violent criminal, and the U.S. Marshals killed him. And I will tell you something, that's the way it has to be. There has to be retribution when you have crime like this." [2020.09.12, https://www.mediaite.com/media/tv/trump-applauds-retribution-of-u-s-marshals-killing-portland-shooting-suspect-thats-the-way-it-has-to-be/]

**Trump urges January 6 crowd to march on Congress:**

"Our media is not free. It's not fair. It suppresses thought. It suppresses speech, and it's become the enemy of the people. It's become the enemy of the people. It's the biggest problem we have in this country. No third world countries would even attempt to do what we caught them doing and you'll hear about that in just a few minutes. Republicans are constantly fighting like a boxer with his hands tied behind his back. It's like a boxer, and we want to be so nice. We want to be so respectful of everybody, including bad people. We're going to have to fight much harder and Mike Pence is going to have to come through for us. If he doesn't, that will be a sad day for our country because you're sworn to uphold our constitution. Now it is up to Congress to confront this egregious assault on our democracy. After this, we're going to walk down and I'll be there with you. We're going to walk down. We're going to walk down any one you want, but I think right here. We're going walk down to the Capitol, and we're going to cheer on our brave senators, and congressmen and women. We're probably not going to be cheering so much for some of them because you'll never take back our country with weakness. You have to show strength, and you have to be strong. We have come to demand that Congress do the right thing and only count the electors who have been lawfully slated, lawfully slated. I know that everyone here will soon be marching over to the Capitol building to peacefully and patriotically make your voices heard. Today we will see whether Republicans stand strong for integrity of our elections, but whether or not they stand strong for our country, our country." [2021.01.06, "Save America" rally https://www.rev.com/transcripts/donald-trump-speech-save-america-rally-transcript-january-6]

**Trump urges January 6 crowd to "fight like hell":**

"I think one of our great achievements will be election security because nobody until I came along, had any idea how corrupt our elections were. And again, most people would stand there at 9:00 in the evening and say, "I want to thank you very much," and they go off to some other life, but I said, "Something's wrong here. Something's really wrong. Can't have happened." And we fight. We fight like Hell and if you don't fight like Hell, you're not going to have a country anymore. [https://www.rev.com/transcripts/donald-trump-speech-save-america-rally-transcript-january-6]

**Trump threatens "death and destruction" if criminally charged:**

"What kind of person can charge another person, in this case a former President of the United States ... with a Crime, when it is known by all that NO Crime has been committed, & also known that potential death & destruction in such a false charge could be catastrophic for our Country?" Trump wrote on Truth Social. [2023.03.23, https://thehill.com/newsletters/evening-report/3917155-trump-sparks-pushback-with-death-and-destruction-post/]

**Trump says General Milley should have been executed:**

"Mark Milley, who led perhaps the most embarrassing moment in American history with his grossly incompetent implementation of the withdrawal from Afghanistan, costing many lives, leaving behind hundreds of American citizens, and handing over BILLIONS of dollars of the finest military equipment ever made, will be leaving the military next week," Mr Trump wrote on Truth Social on Friday.

"This will be a time for all citizens of the USA to celebrate!" he continued. "This guy turned out to be a Woke train wreck who, if the Fake News reporting is correct, was actually dealing with China to give them a heads up on the thinking of the President of the United States. This is an act so egregious that, in times gone by, the punishment would have been DEATH!" [2023.09.04, https://www.independent.co.uk/news/world/americas/us-politics/trump-mark-milley-china-executed-b2417387.html]

**Trump promotes image of Biden kidnapped in truck:**

Presumptive Republican presidential nominee Donald Trumpdrew criticism Friday for posting a video on social media that contains the image of a hog-tied President Joe Biden painted on the tailgate of a passing truck.

...The former president posted the video on his social media site, Truth Social. His caption said the video was taken in Long Island, New York on Thursday, when the former president attended the wake of a New York City police officer who was killed during a traffic stop.

The posted video shows a passing truck decked out with "Trump 2024" and flags claiming support for police, with the picture of a seemingly helpless Biden with his hands and feet tied painted on the rear of the vehicle. [2024.03.29, https://apnews.com/article/trump-biden-hogtied-post-4fb29b80ed926c20c2fbbed05fd03755]

**Trump says protestor should be beaten:**

The protester was ejected from Trump's Saturday evening rally in Coachella, California. As the crowd jeered her, Trump said "Back home to Mommy. She goes back home to Mommy."

Trump continued, imitating the imagined mother: "'Was that you, darling?' And she gets the hell knocked out of her."

"Her mother's a big fan of ours," the former president finished before returning to his speech. "Her mother, her father." [2024.10.13, https://apnews.com/

article/trump-election-protester-violence-california-
d7d68895390b6b289d146b7377bc1c18]

**Trump threatens use of military force against "enemy from within":**

In the interview on Fox News's "Sunday Morning Futures," Trump
dismissed President Biden's concerns that Election Day wouldn't be peaceful and
said, when asked, that he thinks "the bigger problem is the enemy from within,
not even the people that have come in and destroyed our country."

"I think the bigger problem are the people from within," Trump said. "We have
some very bad people. We have some sick people, radical left lunatics."

"And I think it should be very easily handled by, if necessary, by National Guard
or, if really necessary, by the military, because they can't let that happen," he
added. [2024.10.14, https://thehill.com/homenews/campaign/4931778-donald-
trump-national-guard-military-enemy-from-within/]

**Trump says he wouldn't mind journalist "bloodsuckers" getting shot:**

Former President Donald Trump said during a rally on Sunday that he wouldn't
mind if someone tried to shoot through the media riser to assassinate him while
he was complaining that the bulletproof glass positioned around him was
"ridiculous."

"I have a piece of glass over here, and I don't have a piece of glass there. And I
have this piece of glass here, but all we have really over here is the fake news,"
Trump said, pointing to the glass positioned between him and the head-on riser
where the press was located. "And to get me somebody would have to shoot
through the fake news. And I don't mind that so much. I don't mind that."

He repeatedly mocked the media and reporters throughout the rally, calling the
media "bloodsuckers." [2024.11.03, https://www.cbsnews.com/news/donald-
trump-lititz-pennsylvania-rally-shoot-through-media-bulletproof-glass/]

**Numerous violent offenders invoke Trump:**

...a nationwide review conducted by ABC News has identified at least 54 criminal
cases where Trump was invoked in direct connection with violent acts, threats of
violence or allegations of assault.

After a Latino gas station attendant in Gainesville, Florida, was suddenly
punched in the head by a white man, the victim could be heard on surveillance
camera recounting the attacker's own words: "He said, 'This is for Trump.'"
Charges were filed but the victim stopped pursuing them.

When police questioned a Washington state man about his threats to kill a local Syrian-born man, the suspect told police he wanted the victim to "get out of my country," adding, "That's why I like Trump."

Reviewing police reports and court records, ABC News found that in at least 12 cases perpetrators hailed Trump in the midst or immediate aftermath of physically assaulting innocent victims. In another 18 cases, perpetrators cheered or defended Trump while taunting or threatening others. And in another 10 cases, Trump and his rhetoric were cited in court to explain a defendant's violent or threatening behavior.

When three Kansas men were on trial for plotting to bomb a largely-Muslim apartment complex in Garden City, Kansas, one of their lawyers told the jury that the men "were concerned about what now-President Trump had to say about the concept of Islamic terrorism." Another lawyer insisted Trump had become "the voice of a lost and ignored white, working-class set of voters," and Trump's rhetoric meant someone "who would often be at a 7 during a normal day, might 'go to 11.'"

Thirteen cases identified by ABC News involved violent or threatening acts perpetrated in defiance of Trump, with many of them targeting Trump's allies in Congress. But the vast majority of the cases – 41 of the 54 – reflect someone echoing presidential rhetoric, not protesting it.

ABC News could not find a single criminal case filed in federal or state court where an act of violence or threat was made in the name of President Barack Obama or President George W. Bush. [2020.05.30, https://abcnews.go.com/Politics/blame-abc-news-finds-17-cases-invoking-trump/story?id=58912889]

## Trump supporters respond to Trump's posts with threats against public officials

In posts on Truth Social, Trump blasted Willis as "phoney [sic]," attacked her record, and said she "wants desperately to indict me on ridiculous grounds." The previous week, Trump had attacked Willis at a campaign rally in New Hampshire, referring to the 52-year-old Black prosecutor as "a young racist in Atlanta" and claiming, without evidence, that she had engaged in an affair with the head of a gang. "She's got a lot of problems," Trump told the crowd. A few days later, he released a 60-second ad blasting Willis and other prosecutors as the "fraud squad."

Trump has repeatedly been warned by federal officials to refrain from rhetoric that could "incite violence or civil unrest." Yet as he faces a fourth criminal indictment within a matter of months, he is only stepping up his attacks on prosecutors and judges. And within minutes of his attacks, his acolytes respond.

A brief review of pro-Trump forums, right-wing messaging groups, and social-media platforms immediately turned up dozens of potentially violent threats directed at Willis and her family. Some encouraged others to find Willis' home address and post personal information about her family if she doesn't "back down."[2023.08.15, https://time.com/6303523/trump-prosecutors-violent-threats/]

**Angry posts from Trump produce real threats against judges:**

After Trump spent several days denigrating the adult daughter of Justice Juan Merchan, the judge overseeing Trump's Manhattan criminal case, Merchan issued an expanded gag order barring Trump from attacking the judge's own family. Merchan also expanded the gag to cover the family of the lead prosecutor, Manhattan District Attorney Alvin Bragg.

"The average observer, must now, after hearing Defendant's recent attacks, draw the conclusion that if they become involved in these proceedings, even tangentially, they should worry not only for themselves, but for their loved ones as well," Merchan wrote. "Such concerns will undoubtedly interfere with the fair administration of justice and constitutes a direct attack on the Rule of Law itself."

It's not just the rule of law that's under threat. Outside the courtroom, Trump's judges have faced persistent threats to their personal safety, including "swatting" calls directed at their homes and a racist voicemail threatening murder. [2024.04.02, https://www.politico.com/news/2024/04/02/trump-attacks-judges-families-gag-order-00150080]

## Charlie Kirk Spews Hate

**Kirk says college is a scam, seeks massive closure of campuses:**

> Kirk, in his new book "The College Scam," says colleges and universities are filled with "far-left professors" who use their classrooms to "force anti-American and progressive ideologies onto students."

> "The premise of the book is that, you know, regardless of your walk of life, if you are a parent or a grandparent or a student, there must be an agreed upon consensus that higher education has become a scam," Kirk told Fox News on Monday.

> ..."I'm not going to stop the fight of trying to reform these campuses. I know that a massive closure of college campuses is not going to happen any time soon, as desperately as it is needed," Kirk said. "But the best way to change something is to get the consumer to start challenging it — to say, 'I don't need this. This is not what's necessary.'"

> He added: "And that is something I hope the book ends up accomplishing." [2022.07.25, https://www.foxnews.com/politics/charlie-kirk-higher-education-scam-new-book-encourages-americans-anything-college]

**Kirk hates "empathy":**

> I can't stand the word empathy, actually. I think empathy is a made-up, new age term that — it does a lot of damage. [2022.10.12, https://www.snopes.com/fact-check/charlie-kirk-empathy-quote/]

**Kirk calls LGBT officials "freaks" with "mental problems":**

> Your government is being run by freaks. That's not an exaggeration, that's not hyperbole. At the highest stakes imaginable, people that have very deep seeded mental problems are running some of the most consequential government programs conceivable. [2022.12.09, https://www.mediamatters.org/charlie-kirk/charlie-kirk-uses-slur-refer-transgender-tiktok-influencer]

**Kirk promotes racist replacement theory:**

> Now, the southern border is, of course, the great replacement. They're trying to replace us demographically. They're trying to make the country less white. They're trying to make the country more like the third world, the dumping ground of the planet is the United States southern border. And the secret is out - the rapists, the thugs, the murderers, fighting-age males, they're coming from

across the world, from China, from Russia, from Middle Eastern countries, and they're coming in and they're coming in and they're coming in and they're coming in. And speaker Johnson does nothing. It is an anti-white agenda.

And there's another story where the only reasonable explanation you would do something like this is because you hate white people. And some people say, oh, Charlie, come on. There's other reasons why they want the border policy. No. No. No. If you read their literature, you spend time around them, the contempt, the resentment that the left-wing ruling class has for white Anglo-Saxon Protestant males is real. Even beyond that, they can't win the white vote. No matter how hard they try, you look at the white vote, they can't win it. They lost it by 20 and 17 percent in the last two presidential races. They can't win it. And so, how do you win over white voters? You don't. You just bring in more third worlders and you dilute AKA replace them. [2023.01.08, https://www.mediamatters.org/charlie-kirk/charlie-kirk-southern-border-course-great-replacement-theyre-trying-replace-us]

**Kirk says replacement theory is Stalinist plot to eliminate rural whites:**

The great replacement strategy, which is well underway every single day in our southern border, is a strategy to replace white rural America with something different. Show 159, please. 80 percent of the map is red, but that is only 20 percent of the American population. They hate that they don't live in big cities. They hate those of you that live in rural and small America. They hate those of you that own land and have guns and believe in a better country, and they have a plan to try and get rid of you.

The same way that Joseph Stalin went after the kulaks, they wanna go after you. Those of you that live in Mankato, Minnesota. You live in Marshallton, Iowa, Evansville, Indiana, Peoria, Illinois. You're the problem. Didn't you know it?

You believe in God, country, family, faith, and freedom, and they won't stop until you and your children and your children's children are eliminated. [2024.03.01, https://www.mediamatters.org/charlie-kirk/charlie-kirk-pushes-great-replacement-conspiracy-they-wont-stop-until-you-and-your]

**Kirk says Jews funding cultural Marxism:**

Jews have been some of the largest funders of cultural Marxist ideas and supporters of those ideas over the last 30 or 40 years. Stop supporting causes that hate you. Now, you might say, well, how is one thing applied to the other? If you train a generation, if you do everything through an oppressor, oppressed lens, they will apply that lens to the Israel-Hamas conflict. The same way that they apply it to the police issue, the gender issue, good guy, bad guy, somebody on top, somebody on bottom.

Until you cleanse that ideology from the hierarchy in the academic elite of the west, there will not be a safe future. I'm not going to say Israel won't exist, but Israel will be in jeopardy as long as the western children, children of the west, are being taught, with primarily Jewish dollars, subsidizing it, to view everything through oppressor oppressed dynamic. Until you shed that ideology, you will not be able to build the case for Israel, because they view Israel as an oppressor. [2023.11.07, https://www.mediamatters.org/charlie-kirk/charlie-kirk-blames-jewish-dollars-funding-cultural-marxist-ideas]

## Kirk hates Martin Luther King, Jr.:

In December 2023, speaking before a group of students and teachers at America Fest, a political convention organized by Turning Point USA, Kirk struck a different tone.

"MLK was awful," Kirk said. "He's not a good person. He said one good thing he actually didn't believe." [2024.01.12, https://www.wired.com/story/charlie-kirk-tpusa-mlk-civil-rights-act/]

## Kirk says celebrating Martin Luther King Jr. harmful:

...this guy is not worthy of a national holiday. He is not worthy of godlike status. In fact, I think it's really harmful. [2024.01.15, https://www.mediamatters.org/charlie-kirk/charlie-kirk-martin-luther-king-jr-not-worthy-national-holiday-he-not-worthy-godlike]

## Kirk says Americans must buy lots of guns to defend themselves from Biden anarchy:

[responding to Supreme Court ruling Biden Admin could remove razor wire Texas had placed along border] Native-born Americans, you better buy weapons, everybody. Have a lot of guns at your disposal. I would never leave your home without a weapon. It's the new country we live in. It is Mad Max. Biden is creating Mad Max. You're on your own. [2024.01.23, https://www.mediamatters.org/charlie-kirk/charlie-kirk-there-border-invasion-and-native-born-americans-you-better-buy-weapons]

## Kirk calls for ban on asylum, says Catholics train sex traffickers:

We should have no asylum claims, period. They have completely manipulated the entire asylum system. Remember we talked about the autoimmune response? They use our alleged generosity and benevolency, and they game that system, millions of them. And the cartels, and the Catholic Charities, and all these NGOs, they give them the script.

The Catholic Charities, by the way, are one of the biggest reasons why we have the open border crisis on the southern border. They subsidize it. They train the sex traffickers how to smuggle the women across the border. Every day, women are coming across as sex slaves, and Catholic Charities say, how can we help? [2024.03.20, https://www.mediamatters.org/charlie-kirk/charlie-kirk-american-democrat-party-hates-country-they-wanna-see-it-collapse-they]

### Kirk advocates use of force against courts and police that arrest right-wing allies:

The temptation on the right will be to retaliate, but we've resisted that temptation because we think that the American justice system is still something worth preserving. It doesn't exist anymore. It is now simply an exercise in political power. You can't just sit there and let your guys get thrown into prison constantly. Peter Navarro is wasting away in a federal prison. They're trying to throw Steve Bannon in prison. They're putting praying grandmothers into federal jail. They're trying to put Donald Trump in prison. Why have we on the right not retaliated?

It's the same reason that we've seen — let's just say excuse after excuse because our side is not quite yet ready to win. But it's — that's what it's going to require. It's going to now require — I don't celebrate this. I don't rejoice in this. I don't like this. But if you think you are going to win the long-term political battle by just saying, oh, shucks, those guys have really overreached power — the American people are gonna wake up. You do not understand the politics of power. If the other side is willing to put you in jail and put leg irons on you and put handcuffs on you and our side is only willing to write op-eds, we will lose. It's time for us to start to use handcuffs and leg irons too. [2024.04.15, https://www.mediamatters.org/charlie-kirk/charlie-kirk-calls-retaliation-its-time-us-start-use-handcuffs-and-leg-irons-too]

### Kirk says Civil Rights Act harms white people:

The Civil Rights Act, though, let's be clear, created a beast, and that beast has now turned into an anti-white weapon. [2024.04.16, https://www.mediamatters.org/charlie-kirk/charlie-kirk-civil-rights-act-created-beast-and-beast-has-now-turned-anti-white-weapon]

### Kirk likens FBI agents executing search warrant on Mar-A-Lago to Nazis:

They're doing the work that brown shirts would do. That's how you get Auschwitz. [2024.05.24, https://www.mediamatters.org/charlie-kirk/charlie-kirk-fbi-doing-work-brown-shirts-would-do-thats-how-you-get-auschwitz]

### Kirk calls Harris psychologically insecure Marxist:

Kamala Harris says her values haven't changed. So your Marxist values haven't changed? Your values when you were attorney general of California? Kamala Harris screams as somebody who has unaddressed, lingering father issues. By the way, you know her father does not like her and wasn't even at the convention? Her father's still alive, somebody should go find her father and put him on camera. She always needs to have a man around. Willie Brown, Tim Walz, there's something unaddressed there. And that probably is the psychological root of her insecurity. [2024.08.30, https://www.mediamatters.org/charlie-kirk/charlie-kirk-kamala-harris-screams-somebody-who-has-unaddressed-lingering-father]

**Kirk says Haitians in Ohio eat pets:**

There's some great Haitians in America. There's some — I've met them in Florida. But also, there's a fair amount of Haitians that should have been better vetted and shouldn't be here at all. The elites in this country thought they could shame the locals of Springfield, Ohio, into being quiet. They thought of all them would be too scared of being called racist to say anything, but they were wrong. More and more people are speaking up about what has happened to their town. They're talking about how their hospitals, schools, and social services are being overwhelmed. They're talking about vagrants moving onto their lawns, and they fear all sorts of crime. And now they're talking about something even crazier.

Allegedly, Haitians are going around and taking people's pets and eating them. The duck pond in a local park is being picked clean. So, allegedly, you have Haitians in this town of Springfield, Ohio that are going by and eating ducks. [2024.09.09, https://www.mediamatters.org/charlie-kirk/charlie-kirk-amplifies-debunked-social-media-rumor-about-haitian-immigrants]

**Kirk says Haitians coming to Alabama to rape your daughter, become "masters":**

...the Haitians that are in Huntsville that are raping your women and hunting you down at night — it's only gonna get worse if — unless Donald Trump wins. A new report from Fox News shows that across the border, 13,000 people convicted of murder, 15,000 people convicted of rape on the non-detained list — meaning they're currently roaming free around our country. So right now, roaming free on the interior of the United States are 13,000 convicted murderers, 15,000 convicted rapists. And they're just — they're having a field day, and they're coming for your daughter next.

...pray Trump wins, or else things are gonna get really bad. They're gonna get even worse. There will be hundreds of thousands of Haitians brought into Alabama, and they will become your masters. [2024.09.27, https://www.mediamatters.org/charlie-kirk/charlie-kirk-warns-haitian-migrants-will-become-your-masters-if-trump-loses-election]

**Kirk calls Obama unmanly:**

> Now, let me just give the Democrats some advice. You obviously don't know how to talk to men.
>
> This is the most femboy, effeminate, low testosterone, soy boy approach on how to talk to men. You talk to men like you do in a football locker room, direct. You challenge them. You tell them what they ought to do. You talk about duty. You talk about honor. You talk about the pursuit of greatness. He talks to them as if they are in a group therapy session with a bunch of middle-aged drug-addicted women. They wonder why they're losing men? Well, Barack Obama's not exactly a great example of an American strong man. Now, I'm not gonna make this entire show about Barack Obama of which I'm not a fan, but just look at his body mannerisms. He's kinda just in the corner, kinda just slunched over. This is not a man that you want to have lead into combat, and certainly not a man that if he was shot would rise up and say, fight, fight, fight. [2024.10.11, https://www.mediamatters.org/charlie-kirk/charlie-kirk-tells-men-not-listen-barack-hussein-obama-no-real-man-can-or-should-vote]

**Kirk calls federal workers "worthless parasites":**

> ...they don't do anything of value. They show up, get a cup of coffee, reshuffle some papers, go into a conference room, and they're out the door by 3:30 or 4 o'clock. They operate as — not them personally — but they operate as worthless parasites on the American taxpayer. [2025.02.24, https://www.mediamatters.org/charlie-kirk/charlie-kirk-says-government-workers-operate-worthless-parasites-american-taxpayer]

**Kirk threatens campuses that don't treat his organization well with federal budget cuts:**

> Trump has canceled 400 million dollars to Columbia University over rising antisemitism on campus. That is just the start. For all these campuses that don't treat us well at Turning Point USA, and you guys restrict freedom of speech, your funding might be cut soon. [2025.03.07, https://www.mediamatters.org/charlie-kirk/charlie-kirk-warns-all-these-campuses-dont-treat-us-well-turning-point-usa-may-have]

**Kirk calls transgener identity "mental delusion":**

> [interviewing anti-trans campaigner Riley Gaines]: Fundamentally, talk about the transgender issue more broadly, Riley. This all stems from us appeasing a mental delusion, trying to accommodate a psychological condition, which then, of course, invades female privacy, female sports, so on and so forth, Riley.

[2025.04.17, https://www.mediamatters.org/charlie-kirk/outkick-host-riley-gaines-i-believe-gender-ideology-movement-whole-really-attempt]

**Kirk calls school-shooting survivor and political activist David Hogg unmanly:**

I mean, look at this titan. Look at that menace, that mountain of muscle. I mean, come on. Those biceps? Boom. That fierce look in his eyes? Outside of the physical characteristics that make David Hogg indistinguishable than a survivor from a concentration camp, the more important component is that he never stands up for core values.

He's always pandering. I mean, he's sitting there. He's talking to the people around him, and he's like, oh, yeah, you know, Jasmine Crockett, she's the greatest. She's wonderful. Act like an entire moral coward. To appeal to real alpha men, you have to be an alpha man. And then remember, he instantly got cowed by the accusations from the DNC that he should have been removed because of racial quotas. So what does he do? He goes on *The Breakfast Club* and essentially endorses a Black crazy woman because he's a compliant little beta. It's exactly how you drive men away. [2025.05.27, https://www.mediamatters.org/charlie-kirk/charlie-kirk-says-david-hogg-looks-survivor-concentration-camp]

**Kirk calls for banning all "third world" immigrants:**

It's time to band third world immigration, legal or illegal. We've reached our limit and have a huge cultural, educational, housing, financial, and essential services problem to fix now because of it. We need a net-zero immigration moratorium with a ban on all third worlders. [2025.06.09, https://www.mediamatters.org/media/4030572]

**Kirk says liberals using replacement theory to destroy American order, calls for deporting 30 million enemy agents:**

If you want to properly understand the left, you must understand intersectionality. **What do the Palestinian pro-Hamas people have to do with the white, liberal, purple-haired jihadis and then also with the La Raza folks with BLM? They all hate Christendom. They hate Western civilization. They hate what we have built. This is a global movement of freaks and misanthropes.** Anti-Israel, anti-West, anti-America, anti-capitalism, anti-law, anti-order, and it all comes together. The same people that are doing the Gaza encampments are the same people that are now waving the La Raza Mexican flag. **It is order versus anarchy. It is chaos versus**

structure. **It is against everything that we believe in in the West. Everything.**

**...This is the great replacement theory.** Remember we talked about how they wanna replace white Anglo-Saxon Christian protestants with Mexican, Nicaraguans, with El Salvadorians. You have seen the result of the great replacement. In California, one in four people have been born outside the U.S. Let me say that again. One in four people in California have been born outside the U.S. You can see the white population collapse in L.A. That's intentional. They've wanted it that way.

These are not protests. These are riots. And the leaders — Karen Bass and Gavin Newsom, which I'll talk about more, are being held hostage by these insurgents. We want our country back, and we have a big heart. We have that open — you know, oh, yes. We're gonna take care of everybody. But as it says in the Bible, we're gonna build the wall like it says in the Book of Nehemiah, and we're gonna build it strong, and we're gonna build it high. **And if you do not assimilate, and if you are an agent of disorder, of chaos, and confusion — adios, hasta la vista, baby. We will find you and your family, and we will return you. All 20, 25, 30 million. Every single one of you are going back.** [emphasis mine; 2025.06.09, https://www.mediamatters.org/white-nationalism/while-calling-military-be-deployed-los-angeles-charlie-kirk-uses-chart-sourced]

**Kirk criticizes NYC mayoral candidate for eating with his hands:**

...whether it's orchestrated or not, first, we just need to make a comment that we in the West value cleanliness. We have utensils. We teach our kids to use utensils. They say, well, what about burgers and pizza? Yeah. That food is designed that way. Rice, since we have utensils, you don't eat it because we're not in the Third World with your hands. This is Zohran Mamdani eating disgustingly, talking about the struggle of Palestine. It's so contrived. [2025.07.01, https://www.mediamatters.org/charlie-kirk/charlie-kirk-condemns-zohran-mamdani-how-he-disgustingly-eats-rice-we-west-value]

**Kirk says foreigners, women seeking "to be the boss" making America worse:**

...this is not the same economic order that existed in the 1980s. It's not the same country that existed in the 1980s. We are a cluttered country. We are a overwhelmed country. We are a country that is flooded with foreigners.

...And, also, the dating pool was easier. It was not full of young women that are infected with the Jezebel spirit that had no interest in getting married or having children, that wanted to be the boss of the relationship. Young men seek to have some sort of relationship that is scriptural in nature. More people were Christian.

Our nation is now more secular. [2025.07.16, https://www.mediamatters.org/charlie-kirk/charlie-kirk-complains-young-women-are-infected-jezebel-spirit-had-no-interest-getting]

**Kirk says feminism hurts young ladies:**

...But young ladies, they have to shed themselves of the Jezebel spirit. They have to. The Jezebel spirit has just infected an entire generation of young ladies, and they need to — this is one of the reasons why I talk about why Mary, the mother of Jesus, is so important to crush feminism. Feminism has done such damage to these young ladies. It's just beyond — it's very, very difficult to summarize that in a short period of time. [2025.07.28, https://www.mediamatters.org/charlie-kirk/charlie-kirk-jezebel-spirit-has-just-infected-entire-generation-young-ladies]

**Kirk says Democratic men lack testosterone:**

I do think that there is a direct correlation between someone's testosterone and their politics. I would love to have a study done on this, on young men, the lower their testosterone, the more likely they are to be Democratic. ...I bet that the lower your testosterone is, the more likely you are to be controlled to be, yes, I'll take the ninth booster shot. Please boost me harder, daddy government. Yes, Pfizer, I'll do whatever you want. Where the higher testosterone rate, you're like, no, I'm not actually going to — I'm going to think for myself. I might not agree with you all the time. The lower testosterone, the more compliant you are.

...Democrats are not gonna be able to win over high testosterone men because they're too self-directed.

...Said differently, the lower your testosterone is, the more — of course, the more likely you are gonna be subservient and compliant. Our republic needs alpha men. [2025.07.31, https://www.mediamatters.org/charlie-kirk/charlie-kirk-i-do-think-there-direct-correlation-between-someones-testosterone-and]

**Kirk says core of Democratic project is elimination of whites:**

[calling for redistricting in Texas to eliminate black Democrat Jasmine Crockett's district] The great replacement of white people is far more sinister than any redistricting project. That is at the core of the Democrat project, at the core. And Jasmine Crockett is just some circus act in that entire operation. But it's deathly serious. She — you shouldn't take what she says seriously. It's just a joke. What she represents is very serious, which is the continue attempt to eliminate the white population in this country. [2025.08.04, https://www.mediamatters.org/charlie-kirk/charlie-kirk-accuses-rep-jasmine-crockett-being-part-attempt-eliminate-white]

**Kirk says legal immigration hurts America, wants immigrants to leave to protect our heritage:**

Everyone says, "Well, we just need immigrants to come legally. We just need immigrants to come legally." That's not true. Omar Fateh came here legally. Ilhan Omar came here legally. Rashida Tlaib, her parents came here legally. Zohran Mamdani came here legally.

...Now when we think of what it means to be an American, is someone by the name of [Ismail] Mohamed? Yeah. I don't think so.

...The defining issue of the year of our lord 2025 going into 2026, 2027 on the American right is one that we are totally unprepared for, which is "What is an American?" And most people look at me and they say, "Well, an American is just someone that has a US passport." Zohran Mamdani has a US passport. Omar Fateh has a US passport. Ilhan Omar is a member of Congress. Do you consider that to be a fellow American?

If America is just a passport, then America is dead. We are nothing more than a colony, nothing more than just paperwork. It's reverence for the Constitution. It's all in for not just the ideas, but the story. You need to come with humility that you are part of this project. If America is just a passport, then we are just a colony for Earth, a pile of wealth to loot. And that's how Somalis treat it.

In the era of mass transportation and cheap airfare, this was inevitable that mass migration would become the story of the twenty-first century, including the Feeding Our Future scam and all this stuff. And I don't say this with any hate for the individuals. I'm just asking a very simple question. If you're not an American, that's fine. Go back to your place of origin. I'm not going to hurt you. I'm not going to harm you. I'm not going to imprison you. Just go back. Hasta la vista. But we have a culture to protect. We have a country to love. No man can serve two masters. Christ our Lord said that. We have a heritage to preserve.

...I love this country, and I hate to see what mass migration is doing to it. [2025.08.19, https://www.mediamatters.org/charlie-kirk/charlie-kirk-says-immigrants-are-not-real-americans-and-calls-end-dual-citizenship]

**Kirk says New York Attorney General deserves prison for prosecuting right-wing groups:**

You need to make an example out of Letitia James. Tish James needs to completely be made an example. You know why? Because she tried to make an example of the National Rifle Association and also Project Veritas with James O'Keefe. Anyone that was within the New York turf, she sent out -- her little shock troops all the way after them. She sent her goons after Trump, after James O'Keefe. She sent her goons after the National Rifle Association. The NRA today

was not -- is not the NRA of ten years ago, which by the way is a very powerful political thing.

They still exist, obviously, but they've been completely castrated because of Tish James. Like, 95 percent decrease in efficacy because of Tish James' -- her deceit, her treachery, and quite honestly, her dark spirit that she represents. She thinks like a KGB agent. She needs to go to jail. Tish James needs to go to jail. [2025.08.21, https://www.mediamatters.org/charlie-kirk/these-savages-charlie-kirk-calls-letitia-james-test-case-and-demands-she-go-jail]

**Kirk says U.S. should halt immigration:**

America was at its peak when we halted immigration for 40 years and we dropped our foreign-born percentage to its lowest level ever. We should be unafraid to do that. But for the 50 -- we have 55 million foreigners in this country, and I'm sure many of them are wonderful people, I'm sure. I'm sure some of them are ones that I know, but we've got to take a step back and say, guys, that you're no longer a nation. You're something else. You're a colony.

The idea and the perspective of what we think of the United States of America, I think, needs to be a little bit reconsidered because we have this 30, 40 year old picture that anybody can come here, anyone should come here at any time. And it's just not that simple. [2025.08.22, https://www.mediamatters.org/charlie-kirk/charlie-kirk-says-he-cant-find-christ-compassion-long-term-immigrants-who-dont-speak]

**Kirk seeks end to birthright citizenship to foil Chinese Communist plot to take over America:**

I think a law can be passed where you can say that, hey, you're not allowed to enter as a foreign citizen if you're seven months or eight months pregnant, but that's just part of it. But it's just the most egregious example.

Again, it is a cottage industry sponsored by the Chinese Communist Party government for pregnant Chinese women to board airplanes to then come to San Francisco, come to LA, they get a birth certificate, they go back to China only then when they -- and by the way, as a full U.S. citizen, that Chinese kid can become an FBI agent, they can become a CIA agent, they could run for Congress, they could become president, they could become a senator. They are a full citizen of the United States even though they've never lived here. [2025.08.25, https://www.mediamatters.org/charlie-kirk/charlie-kirk-says-foreigners-who-are-seven-months-or-eight-months-pregnant-should-be]

**Kirk tells Taylor Swift to have kids, submit to husband, change name:**

But maybe one of the reasons why Taylor Swift has been so, just, kind of annoyingly liberal over the last couple of years is that she's not yet married and she doesn't have children. I say this non-sarcastically. I say this as a husband and a father. Having children changes you. Getting married changes you, and I hope that America's biggest pop star marrying the pharmaceutical spokesperson ends up conservatizing them. Taylor Swift might deradicalize herself. She might come back down to reality. I want them to have lots of children. It teaches something about -- teaches you something about yourself.

...One of the reasons why so many people on the right have been just skeptical or at least a little bit negative on Taylor Swift is, up until this point, that's not a great role model for young women, to wait all the way until you're 35 and just put your career first.

...All kidding and sarcasm aside, this is something that I hope will make Taylor Swift more conservative. Engage in reality more and get outside of the abstract clouds. Reject feminism. Submit to your husband, Taylor. You're not in charge.

And most importantly, I can't wait to go to a Taylor Kelce concert. I can't say it without laughing. You've got to change your name. If not, you don't really mean it. [2025.08.26, https://www.mediamatters.org/charlie-kirk/charlie-kirk-tells-taylor-swift-submit-your-husband-and-have-ton-children]

# Trump Reacts to Attacks on Other Prominent Public Figures

### *On Gretchen Whitmer:*

### Trump criticizes Whitmer for lack of gratitude:

> The same day that the Department of Justice announced the initial arrests made in relation to the plot to kidnap Whitmer, Trump criticized her via social media.

> "Governor Whitmer of Michigan has done a terrible job," he wrote. "My Justice Department and Federal Law Enforcement announced today that they foiled a dangerous plot against the Governor of Michigan. Rather than say thank you, she calls me a White Supremacist." [2025.05.29, https://time.com/7289704/governor-gretchen-whitmer-response-trump-considers-pardoning-kidnap-plot-men/]

### Trump takes credit for arrests, downplays threat:

> President Donald Trump repeatedly attacked Michigan Gov. Gretchen Whitmer, a Democrat, during his rally in Lansing, Michigan, on Tuesday, at one point taking credit for the FBI thwarting a plot to kidnap her and then immediately downplaying the actual threat that had been posed to Whitmer.

> "Your governor, I don't thinks she likes me too much," Trump joked, prompting a loud reaction from the crowd.

> "Hey, hey, hey hey," he told the audience, "I'm the one, it was our people that helped her out with her problem."

> "I mean, we'll have to see if it's a problem. Right? People are entitled to say maybe it was a problem, maybe it wasn't," he added. "It was our people – my people, our people that helped her out. And then she blamed me for it. She blamed me and it was our people that helped her. I don't get it. How did you put her there?"

> Trump has repeatedly attacked Whitmer before and after the news of the plot. Whitmer wrote in the Atlantic on Tuesday that every time he does so, threats surge.

> "Every time the president ramps up this violent rhetoric, every time he fires up Twitter to launch another broadside against me, my family and I see a surge of vicious attacks sent our way," she wrote. "This is no coincidence, and the President knows it. He is sowing division and putting leaders, especially women leaders, at risk. And all because he thinks it will help his reelection." [2020.10.27,

https://www.cnn.com/2020/10/27/politics/trump-gretchen-whitmer-kidnapping-michigan/]

**Trump winks at threat:**

During a rally in Lansing, Michigan, on Tuesday, Mr. Trump blasted Whitmer for imposing stay-at-home orders earlier in the year due to the coronavirus pandemic. When the president first mentioned the Michigan governor's name, the crowd began chanting, "lock her up." Mr. Trump responded, "I don't comment on that because every time, if I make just even a little bit of a nod, they say, 'the president led them on.' Now, I don't have to lead you on." Mr. Trump also said of the alleged plot against Whitmer, "Maybe it was a problem, maybe it wasn't."

Whitmer drew a direct link between Mr. Trump's words and the threats she received.

"Every time he sets his sights on me, I get more death threats. The violent rhetoric has an uptick. And there's no question that it's had an impact," Whitmer told Garrett. "I've had to have conversations with my teenage children about why there's people with AR-15s on our front lawn on more than one occasion. People are looking for any hook to legitimize these domestic terrorism tendencies. And I think that Donald Trump knows that, and it's not a coincidence, and he's feeding it." [2020.11.05, https://www.cbsnews.com/news/gretchen-whitmer-trump-response-kidnapping-plot/]

**Trump considers pardon for men who plotted to kidnap Whitmer:**

Michigan Gov. Gretchen Whitmer said in a radio interview that President Donald Trump had previously told her he would not consider pardons for the men convicted of conspiring to kidnap her — a position he veered from this week, when he told reporters gathered in the White House that he would "take a look at it."

Whitmer, speaking with Michigan Public Radio Network reporter Rick Pluta at the Detroit Regional Chamber Conference on Mackinac Island, said not condemning political violence "does a disservice to everyone." [2025.05.29, https://www.usatoday.com/story/news/nation/2025/05/29/gretchen-whitmer-donald-trump-pardon-kidnapping-plot/83934785007/]

## *Trump on Pelosi attack:*

**Trump calls attack terrible, pivots to claim crime in cities worse than in Afghanistan:**

In a Sunday interview with the conservative Spanish-language network, Americano Media, Trump called the attack a "terrible thing."

"With Paul Pelosi, that's a terrible thing, and with all of them, that's a terrible thing," Trump said, before blaming a general rise in crime.

"Look at what happened to San Francisco generally. Look at what's happening in Chicago. It was far worse than Afghanistan," he said. [2022.10.31, https://www.foxnews.com/politics/trump-weighs-paul-pelosi-attack-terrible-thing]

### Trump uses Pelosi attack as laugh line at 2023 political rally:

Former President Donald Trump addressed California Republicans Friday, where he took a brutal dig at Rep. Nancy Pelosi's (D-CA) husband, Paul who was savagely beaten in the head by a right-wing conspiracy theorist.

The CAGOP crowd erupted with boos at the mere mention of the former Speaker of the House, when Trump claimed, "And we'll stand up to crazy Nancy Pelosi who ruined San Francisco."

Trump then turned to the camera and asked, "How's her husband doing, by the way? Anybody know?"

..."And she's against having a wall at our border even though she's got a wall at her house. Which, obviously didn't do a very good job," he said to more laughter. [2023.09.23, https://www.mediaite.com/politics/trump/donald-trump-alludes-to-attack-on-paul-pelosi-as-gop-crowd-laughs/]

### Trump repeats Pelosi jab in 2024 campaign speech:

"Kamala Harris and the radical liberals force anarchy on the American people while they, they live in safety, in many cases, behind walls. You know that?" he began his remarks to law enforcement in North Carolina. "Nancy Pelosi has a big wall wrapped around her house. Of course, it didn't help too much with the problem she had, did it?" [2024.09.06, https://www.nbcnews.com/politics/2024-election/live-blog/harris-trump-election-live-updates-rcna169381#rcrd54192]

## *On Melissa Hortman:*

### Trump decries "such horrific violence":

President Trump released a statement, saying: "I have been briefed on the terrible shooting that took place in Minnesota, which appears to be a targeted attack against state lawmakers. Our Attorney General, Pam Bondi, and the FBI,

are investigating the situation, and they will be prosecuting anyone involved to the fullest extent of the law. Such horrific violence will not be tolerated in the United States of America. God Bless the great people of Minnesota, a truly great place." [2025.06.14, https://www.fox9.com/news/donald-trump-mn-lawmaker-shootings-melissa-hortman-john-hoffman]

**Day after assassination, Trump insults Gov. Walz:**

Speaking with ABC's **Rachel Scott** on Sunday, the president pulled no punches when asked whether he plans to speak with the governor — following the assassination of Democratic Minnesota state representative Melissa Hortman.

"Well, it's a terrible thing," Trump told Scott. "I think he's a terrible governor. I think he's a grossly incompetent person. But I may — I may call him. I may call other people too." [2025.06.15, https://www.mediaite.com/media/news/trump-says-he-may-call-tim-walz-after-minnesota-lawmaker-assassinated-while-trashing-him-as-terrible-and-grossly-incompetent/]

**Three days after assassination, Trump refuses to call "whacked out" Gov. Walz:**

When asked early Tuesday about reaching out to Walz, the 2024 Democratic vice presidential nominee, Trump said: "I think the governor of Minnesota is so whacked out. I'm not calling him. Why would I call him?

"I could call him, say 'Hi, how you doing?' The guy doesn't have a clue. He's a mess. So I could be nice and call him, but why waste time?"

The refusal came days after shootings that killed Hortman and her husband, and left Hoffman and his wife seriously injured. The gunman was posing as law enforcement, and Walz called the shooting of Hortman "a politically motivated assassination." [2025.06.17, https://www.newsweek.com/trump-wont-waste-time-calling-tim-walz-after-minnesota-assassination-2086680]

**Three months after assassination, Trump doesn't immediately recall Hortman, says Walz could have called him to request lowered flags:**

On Monday, Sept. 15, a reporter asked Trump whether he thought it would have "been fitting to lower the flags to half staff" when Hortman — the Democratic leader of the Minnesota House — was killed alongside her husband at their home in June. Trump did not lower American flags after the Minnesota violence made national news, but recently directed flags to be lowered following the assassination of conservative activist Charlie Kirk.

In response to the reporter's question about Hortman, Trump, 79, said, "I'm not familiar. The who?"

"The Minnesota House Speaker, a Democrat who was assassinated this summer," the reporter replied.

Trump then seemed to recall her, telling the reporter that if Minnesota Gov. Tim Walz had asked him to put the flags at half-staff after Hortman's death, he "would have done that."

"But the governor of Minnesota didn't ask me," the president, 79, claimed. "I wouldn't have thought of that. But I would have, if someone had asked me."

"People make requests for the lowering of the flag, and oftentimes you have to say no because it would be a lot of lowering of the flag. [It] would never be up. Had the governor of Minnesota asked me to do that, I would've done that gladly," he said. [2025.09.16, https://people.com/trump-claims-he-s-not-familiar-with-murdered-minn-democrat-melissa-hortman-11810942]