# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Karen E. Schreier United States District Judge Presiding

| Courtroom Deputy - DJP | Court Reporter – Connie Heckenlaible |
| Courtroom - SF #2 | Date – September 24, 2025 |

## 4:25-CV-4188-KES

| PHILLIP MICHAEL HOOK, | James D. Leach |
|---|---|
| Plaintiff, | |
| vs. | |
| TIM RAVE, SHEILA K. GESTRING, BRUCE KELLEY, | Justin L. Bell (appearing remotely) |
| Defendants. | |

TIME HEARING SCHEDULED TO BEGIN: 2:00 PM

<u>TIME:</u>

1:57 PM    Enter hearing on [3] Motion for Temporary Restraining Order .

   Argument by Mr. Leach.
   Response by Ms. Bell.
   Reply by Mr. Leach.

   The Court will take the matter under advisement and issue a written opinion.

2:57 PM    Court adjourned