UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Phillip Michael Hook, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>Tim Rave, in his official capacity as )<br>President of the South Dakota Board of )<br>Regents, Sheila K. Gestring, in her official )<br>capacity as President of the University )<br>of South Dakota, and Bruce Kelley, in his )<br>official capacity as Dean of the University )<br>of South Dakota College of Fine Arts, )<br>)<br>   Defendants. )<br>_____ ) | Civ. 25-4188 |

**Consent Motion to Extend Temporary Restraining Order**
**<u>and Reschedule Hearing</u>**

Plaintiff and defendants have discussed the progress of this case, including changes in the current schedule that they believe are in the interest of justice, and that are consistent with the goal of F.R.Civ.P. 1 to secure "the just, speedy, and inexpensive determination of every action and proceeding." Accordingly, plaintiff with defendants' consent moves the Court for an order as follows:

1. Moving the date of the preliminary injunction hearing to October 21 or 22, if that is possible on the Court's schedule; and

2. Extending the temporary restraining order until the date of the hearing.

Dated: September 26, 2025      Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
Tel: (605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiff

Certificate of Service

I certify that on September 26, 2025, I served this document on defendants by filing it in CM/CF, thereby causing automatic electronic service to be made on their attorney.

/s/ James D. Leach
James D. Leach