# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Karen E. Schreier, United States District Judge Presiding

| Courtroom Deputy: AKW | Court Reporter: Carla Dedula |
| Courtroom: SF #2 | Date: September 30, 2025 |

4:25-cv-04188-KES

| PHILLIP MICHAEL HOOK | James D. Leach |
| Plaintiff, | |
| vs. | |
| TIM RAVE, et. al. | Justin L. Bell |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 3:00 PM

TIME:
2:58 PM    Enter Status Conference.

Counsel note their appearance for the record.

The preliminary injunction hearing is set for 10:00am on October 24, 2025.

The temporary restraining order is extended to October 24, 2025.

3:03 PM    Court is adjourned.