UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP MICHAEL HOOK, <br><br> Plaintiff, <br><br> vs. <br><br> TIM RAVE, in his official capacity as President of the South Dakota Board of Regents; SHEILA K. GESTRING, in her official capacity as President of the University of South Dakota; and BRUCE KELLEY, in his official capacity as Dean of the University of South Dakota College of Fine Arts, <br><br> Defendants. | 4:25-CV-04188-KES <br><br><br> ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND CONTINUE PRELIMINARY INJUNCTION HEARING |

Plaintiff, Phillip Michael Hook, with the consent of defendants, moves to postpone the date of the preliminary injunction hearing to October 21, 2025, or October 22, 2025, and to extend the temporary restraining order until the date of the hearing. Docket 16. Due to the court's scheduling issues, the parties agreed during a telephonic hearing to further delay this hearing until Friday, October 24, 2025. For the reasons stated below, the court grants the extension request.

Pursuant to Federal Rule of Civil Procedure 65(b), the court may extend a TRO past fourteen days if good cause exists or if the "adverse party consents to

a longer extension." Fed. R. Civ. P. 65(b)(2). Because defendants consent to an extension of the TRO until October 24, 2025, it is

    ORDERED that Hook's motion to extend the temporary restraining order and reschedule the preliminary injunction hearing (Docket 16) is granted. It is

    FURTHER ORDERED that the preliminary injunction hearing will be set for Friday, October 24, 2025, at 10:00 am in Sioux Falls Courtroom 2. It is

    FURTHER ORDERED that the temporary restraining order will remain in effect until October 24, 2025, or further order of the court.

    Dated September 30, 2025.

                        BY THE COURT:

                        /s/ *Karen E. Schreier*
                        KAREN E. SCHREIER
                        UNITED STATES DISTRICT JUDGE