UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Phillip Michael Hook, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. 25-4188 |
| | ) | |
| Tim Rave, in his official capacity as President of the South Dakota Board of Regents, Sheila K. Gestring, in her official capacity as President of the University of South Dakota, and Bruce Kelley, in his official capacity as Dean of the University of South Dakota College of Fine Arts, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### Consent Motion Requesting Scheduling Order

The parties jointly request the Court enter the following Scheduling Order with respect to the October 24, 2025, hearing on plaintiff's motion for a preliminary injunction:

1. Plaintiff may file a trial brief no later than Friday, October 17, at 9:00 a.m. Defendants may file a trial brief no later than Monday, October 20, at noon. Plaintiff may file a reply to defendants' trial brief, limited to matters raised in it, no later than Wednesday, October 22, at 9:00 a.m.

2. Plaintiff will disclose the witnesses to be called in his case in chief, and all exhibits to be offered in his case in chief, no later than Friday, October 17, at 9:00 a.m.

3. Defendants will disclose the witnesses to be called in their case in chief, and all exhibits to be offered in their case in chief, no later than Monday, October 20 at noon.

Dated: October 1, 2025    Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
Tel: (605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiff

Certificate of Service

I certify that on October 1, 2025, I served this document on defendants by filing it in CM/CF, thereby causing automatic electronic service to be made on their attorney.

/s/ James D. Leach
James D. Leach