UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP MICHAEL HOOK,<br><br>Plaintiff,<br><br>vs.<br><br>TIM RAVE, in his official capacity as President of the South Dakota Board of Regents; SHELIA K. GESTRING, in her official capacity as President of the University of South Dakota; and BRUCE KELLEY, in his official capacity as Dean of the University of South Dakota College of Fine Arts,<br><br>Defendants. | 4:25-CV-04188-KES<br><br>SCHEDULING ORDER |

Plaintiff, Phillip Michael Hook, and defendants, Tim Rave, et al, jointly filed a consent motion requesting a scheduling order with respect to the October 24, 2025 hearing on plaintiff's motion for a preliminary injunction. Docket 20. Good cause appearing, it is

ORDERED that plaintiff may file a trial brief no later than Friday, October 17, at 9:00 a.m. Defendants may file a trial brief no later than Monday, October 20, at noon. Plaintiff may file a reply to defendants' trial brief, limited to matters raised in it, no later than Wednesday, October 22, at 9:00 a.m.

It is FURTHER ORDERED that plaintiff will disclose the witnesses to be called in his case in chief, and all exhibits to be offered in his case in chief, no later than Friday, October 17, at 9:00 a.m.

It is FURTHER ORDERED that defendants will disclose the witnesses to be called in their case in chief, and all exhibits to be offered in their case in chief, no later than Monday, October 20 at noon.

Dated October 1, 2025.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE