UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Phillip Michael Hook, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. 25-4188 |
| | ) | |
| Tim Rave, in his official capacity as President of the South Dakota Board of Regents, Sheila K. Gestring, in her official capacity as President of the University of South Dakota, and Bruce Kelley, in his official capacity as Dean of the University of South Dakota College of Fine Arts, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## Notice of Dismissal

On October 3, defendants wisely abandoned their notice of intention to terminate Professor Hook for his First Amendment protected speech about a matter of substantial public interest. Defendants have returned Professor Hook to his full duties, and have not punished him in any way, nor do they seek to punish him in any way. So Professor Hook has received the relief he sought in this lawsuit, which

makes this case moot. Accordingly, Professor Hook hereby dismisses it without prejudice in accordance with F. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 6, 2025

Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
Tel: (605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiff

Certificate of Service

I certify that on October 6, 2025, I served this document on defendants by filing it in CM/CF, thereby causing automatic electronic service to be made on their attorney.

/s/ James D. Leach
James D. Leach