UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP MICHAEL HOOK,<br><br>Plaintiff,<br><br>vs.<br><br>TIM RAVE, in his official capacity as President of the South Dakota Board of Regents; SHEILA K. GESTRING, in her official capacity as President of the University of South Dakota; and BRUCE KELLEY, in his official capacity as Dean of the University of South Dakota College of Fine Arts,<br><br>Defendants. | 4:25-CV-04188-KES<br><br>JUDGMENT OF DISMISSAL |

Pursuant to plaintiff's notice of dismissal (Docket 22), it is

ORDERED, ADJUDGED, and DECREED that the above-entitled action is dismissed without prejudice, without further notice or hearing, and the parties shall bear their own costs.

DATED October 7, 2025.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE